**CIVIL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

11:34 am — HONORABLE PAUL C. HUCK — 12:09

Date & Time: 4-6-11        CASE NO. 10-CV-61423-PCH
Clerk: Evelyn Williams     Court Reporter: Patricia Sanders

Title of Case: Great American vs. JWR Construction

Plaintiff's Attorney: Matt Jacobs
Defendant's Attorney: JWR: Michael Yates; Gulf Reflections Condo assoc. & individuals: Chris Lynch
Amerisure Ins. Co: Don Elder; Old Dominion Ins Co: Eric Belsky

Reason for Hearing: Tel Hrg: Mtns to Dismiss Crossclaim
Result of Hearing: The parties shall file a proposal with the Court on or before Wed. April 13.

Misc.

Case Continued to: _____  Time: _____  For: _____