UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 0:10-cv-61423-PCH/TEB

Hon. Paul C. Huck, U.S. District Court Judge
Hon. Ted E. Bandstra, U.S. Magistrate Judge

**GREAT AMERICAN FIDELITY INS. CO.,** *et al.,*

    Plaintiffs,

vs.

**JWR CONSTRUCTION SERVICES, INC.,** *et al.,*

    Defendants.

_____/

**JWR CONSTRUCTION SERVICES, INC.,**

    Cross-Plaintiff,

vs.

**AMERISURE INS. CO.,** *et al.,*

    Cross-Defendants.

_____/

**JOINT REPORT ON STATUS CONFERENCE
BY OLD DOMINION AND AMERISURE INSURANCE COMPANIES**

    COME NOW the Cross-Defendants, OLD DOMINION INSURANCE COMPANY ("OLD DOMINION") and AMERISURE INSURANCE COMPANY ("AMERISURE"), by and through their respective counsel, and pursuant to the Court's order of April 6, 2011 [D.E. # 69] hereby file the following <u>Joint Status Report</u> advising the Court that:

    1. As directed by the Court, all counsel-of-record have conferred on the issue of how to best proceed upon the pleadings and motions presently pending before the Court with the objective of presenting the Court with a joint proposal regarding how to best bring all interested parties before the Court in the interest of pursuing a global resolution of the issues presented by these actions. Unfortunately, having conferred on the issues both telephonically and by exchange of correspondence, the parties have been unable to come to unanimous agreement or consensus on the issues presented.

Great American Fid. Ins. Co. vs. JWR Const. Services, Inc.
Case # 0:10-cv-61423-PCH/TEB
*Joint Status Report by Old Dominion and Amerisure Insurance Companies*

2. Specifically, GREAT AMERICAN INSURANCE COMPANY has advised of its desire to proceed upon its <u>Second Amended Complaint</u> as pled [D.E. # 32], and OLD DOMINION and AMERISURE agree that it should be permitted to do so.

3. JWR CONSTRUCTION has advised of its desire to proceed upon its <u>First Amended Cross-claim</u> as pled [D.E. # 38], and OLD DOMINION and AMERISURE therefore desire to proceed upon their respective <u>Motions to Dismiss</u> said cross-claim [D.E. # 59 & 54].

4. Alternatively, OLD DOMINION and AMERISURE have proposed that JWR CONSTRUCTION voluntarily withdraw its <u>First Amended Cross-claim</u> and be given leave of Court to re-plead its claims in proposed third-party complaints against <u>all</u> interested parties (*i.e.,* including the drywall installer, C.A. Steelman and its insurance carriers, Mid-Continent Casualty Company, The Hartford Insurance Company and OLD DOMINION). However, JWR CONSTRUCTION has advised that it does not desire to do so.

WHEREFORE, based upon all of the foregoing, the Cross-Defendants, OLD DOMINION and AMERISURE, respectfully propose:

(a) that GREAT AMERICAN INSURANCE COMPANY be permitted to proceed upon its <u>Second Amended Complaint</u> as pled [D.E. # 32];

(b) that JWR CONSTRUCTION's <u>First Amended Cross-claim</u> [D.E. # 38] be dismissed without prejudice and with leave of Court to re-plead its claims within twenty (20) days in proposed third-party complaints against <u>all</u> interested parties, including the drywall installer, C.A. Steelman and its insurance carriers, Mid-Continent Casualty Company, The Hartford Insurance Company and Old Dominion, should JWR CONSTRUCTION desire to do so; and

(c) that the Court's <u>Order Setting Civil Jury Trial Date & Pretrial Schedule, etc.</u> [D.E. # 52] be withdrawn and reissued with new deadlines after the pleadings are properly closed, but no later than thirty (30) days after JWR CONSTRUCTION's proposed third-party complaints, if any, have been served.

Great American Fid. Ins. Co. vs. JWR Const. Services, Inc.<br>
Case # 0:10-cv-61423-PCH/TEB<br>
*Joint Status Report by Old Dominion and Amerisure Insurance Companies*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on April 13, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      Respectfully submitted,

***Leiter & Belsky, P.A.***
Blackstone Building, Third Floor
707 Southeast Third Avenue
Fort Lauderdale, Florida 33316
    954.462.3116  Telephone
    954.761.8990  Facsimile
    ebelsky@jlblaw.com
Attorneys for Old Dominion Insurance Company


By:    __//s//  *Eric G. Belsky, Esq.*_____
        Eric G. Belsky, Esq.
        Fla. Bar No. 994340

Great American Fid. Ins. Co. vs. JWR Const. Services, Inc.<br>
Case # 0:10-cv-61423-PCH/TEB<br>
*Joint Status Report by Old Dominion and Amerisure Insurance Companies*

## SERVICE LIST
Great American Fidelity Ins. Co. vs. JWR Construction Services, Inc., *et al.,*
U.S. District Court, Southern District of Florida, Case # 0:10-cv-61423-PCH/JJO

**Robert C. Grady, Esq.**
*Katz, Barron, Squitero, Faust & Berman*
100 Northeast Third Avenue, Suite 280
Fort Lauderdale, FL  33301
　　954.522.3636  Telephone
　　954.522.5119  Facsimile
　　rcg@katzbarron.com
Attorneys for Great American Insurance Co.

**Bernard Allen, Esq.**
*Katz, Barron, Squitero, Faust & Berman*
2699 South Bayshore Drive, Seventh Floor
Miami, FL  33133-5408
　　305.856.2444  Telephone
　　305.285.9227  Facsimile
　　ba@katzbarron.com
Attorneys for Great American Insurance Co.

**Michael J. Yates, Esq.**
*Law Offices of Michael J. Yates, P.L.*
5975 Sunset Drive, Suite 602
Miami, FL  33143
　　305.666.8100  Telephone
　　305.666.8106  Facsimile
　　myates@mjylaw.com
Attorneys for JWR Construction Services, Inc.

**Joshua A. Levy, Esq.**
*Marlow, Connell, et al.*
4000 Ponce de Leon Blvd., Suite 570
Coral Gables, FL  33146
　　305.446.0500  Telephone
　　305.446.3667  Facsimile
　　jlevy@marlowconnell.com
Attorneys for Amerisure Ins. Co.

**Donald E. Elder, Esq.**
*Tressler, LLP*
233 South Wacker Drive, 22nd Floor
Chicago, IL 60606
　　312.627.4186  Telephone
　　312.627.1717  Facsimile
　　delder@tresslerllp.com
Attorneys for Amerisure Ins. Co.

**Christopher J. Lynch, Esq.**
*Hunter Williams & Lynch*
75 Valencia Avenue
Coral Gables, FL  33134
　　305.371.1404  Telephone
　　305.371.1307  Facsimile
　　clynch@hunterwilliamslaw.com
Attorneys for Gulf Reflections Condominium Association, Inc., *et al.*