UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-CV-61423-Huck/Bandstra

GREAT AMERICAN FIDELITY INS. CO. *et al.*

      Plaintiffs,

vs.

JWR CONSTRUCTION SERVICES, INC., *et al.*

      Defendants.
_____/
JWR CONSTRUCTION SERVICES, INC., *et al.*

      Cross-Plaintiff,

vs.

AMERISURE INS. CO., *et al.*

      Cross-Defendants.
_____/

### NOTICE OF HEARING

PLEASE TAKE NOTICE that hearing will be held on **Wednesday, April 20, 2011, at 10:30 a.m.** before the Honorable Paul C. Huck, United States District Judge, Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, 13th Floor, Courtroom 2, Miami, Florida, on the parties' Status Reports, filed April 13, 2011, Docket Entries # 70, 71, and 72.

DONE in Chambers, in Miami, Florida, April 15, 2011.

                                                  /s/ Evelyn Williams
                                                Deputy Clerk
                                                United States District Court

**Copies furnished to:**
All Counsel of Record